UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

CARYL E. DENSMORE,

      Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

      Defendant.

_____/

Case No. 2:06-cv-113

HON. R. ALLAN EDGAR

**ORDER AND JUDGMENT**
**APPROVING REPORT AND RECOMMENDATION**

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1.     The Report and Recommendation of the Magistrate Judge (Docket #13) is approved and adopted as the opinion of the Court.

2.     Plaintiff's request for an award of benefits is DENIED and this case is DISMISSED.

Dated:   9/13/07

                                    */s/ R. Allan Edgar*
                                R. ALLAN EDGAR
                                UNITED STATES DISTRICT JUDGE